# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARIC E. JOHNSON,
          Appellant,
          vs.
THE STATE OF NEVADA,
          Respondent.

No. 72900

FILED

JUN 26 2017

CLERK COUNTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

17-21165

cc: Hon. Richard Scotti, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk